## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

Gregory Cain,

        Plaintiff,

v.

I.C. System, Inc.,

        Defendant.

                                      /

Case No. 2:15-cv-00712-UA-CM

### NOTICE OF SETTLEMENT

      Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

                                            RESPECTFULLY SUBMITTED,

Date: 12/29/2015                          By: s/ Sharina T. Romano
                                                      Sharina T. Romano, Esq.
                                                      FL Bar No. 65501
                                                      Hyslip & Taylor, LLC, LPA
                                                      1100 W. Cermak Rd., Suite B410
                                                      Chicago, IL  60608
                                                      Phone:  312-380-6110
                                                      Fax: 312-361-3509
                                                      Email: sharina@fairdebt411.com

                                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 12/29/2015, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Michelle Kreidler Dove
General Counsel/Chief Compliance Officer
I.C. System, Inc.
444 Highway 96 East
St. Paul, MN  55127

s/ Sharina T. Romano